# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

June 23, 2020

Lyle W. Cayce
Clerk

No. 19-30935
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BYRON JONES, also known as Big Baby Jones; DELOYD JONES, also known
as Puggy Jones; SIDNEY PATTERSON, also known as Duda Man Patterson,

Defendants-Appellants

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CR-205-2
USDC No. 2:13-CR-205-1
USDC No. 2:13-CR-205-7

Before JOLLY, JONES, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Bryon Jones, Deloyd Jones, and Sidney Patterson appeal the judgments
entered after remand for resentencing on their "numerous felonies related to
their membership in a group called Ride or Die." *United States v. Jones*, 873
F.3d 482, 488 (5th Cir. 2017); *see also United States v. Jones*, 935 F.3d 266, 269

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 19-30935

(5th Cir. 2019). The defendants' arguments are foreclosed by the law-of-the-case doctrine. *See United States v. Lee*, 358 F.3d 315, 320 (5th Cir. 2004). They have filed unopposed motions for summary disposition of their appeals, conceding that their arguments are foreclosed.

Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the defendants' unopposed motions for summary disposition are GRANTED, and the district court's judgments are AFFIRMED. The alternative motions for extensions of time to file merits briefs are DENIED.